UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORENZO MORRIS,

    Plaintiff,                                   Case No. 15-cv-12427
                                            Hon. Matthew F. Leitman

v.

LYNN MOORE,

    Defendant.
_____/

**ORDER TO ATTEND SETTLEMENT CONFERENCE AND REQUIREMENTS FOR SUBMISSION OF SETTLEMENT STATEMENT**

    The parties are hereby advised that a settlement conference will be held in the Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226, Room 251, before the Honorable Matthew F. Leitman on Friday, February 3, 2017, at 9:00 a.m.

    The following person(s) and entities must personally attend the settlement conference: (i) trial counsel for each party; (ii) all parties who are natural persons; (iii) a representative with full and final settlement authority on behalf of each party that is not a natural person; (iv) a representative with full and final settlement authority on behalf of each insurance carrier that has undertaken the prosecution or defense of the case and/or has contractually reserved to itself the right to settle the action; and (v) a representative authorized to act on behalf of each party that is a governmental entity. This mandatory personal attendance policy is not satisfied by

1

trial counsel professing to have full and final settlement authority on behalf of his or her client or by the entity with settlement authority being available by telephone.

**Not later than Wednesday, February 1, 2017**, each party shall have delivered to the Court's chambers either by hand-delivery, fax (313-234-5355), or email to the Case Manager (Holly_Monda@mied.uscourts.gov), a confidential Settlement Statement.  **<u>Do not</u>** file, docket, or serve this statement.  The Settlement Statement is for the Court's exclusive use in preparing for and conducting the settlement conference.

The Settlement Statement shall (1) recite the key facts and law, (2) discuss the strengths and weaknesses of each party's case, (3) discuss the parties' position on settlement, (4) detail litigation expenses to date and going forward through trial; and (5) describe the settlement efforts to date.  To aid in the settlement process, the Court expects the parties to exchange settlement demands prior to the conference.  The Settlement Statement shall not exceed seven (7) pages.  The parties are directed to be candid in their statements and to provide the Court with sufficient detail to analyze the critical factual and legal issues in the case.

IT IS SO ORDERED.

                                           s/Matthew F. Leitman  
                                           MATTHEW F. LEITMAN  
                                           UNITED STATES DISTRICT JUDGE

Dated:  January 25, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 25, 2017, by electronic means and/or ordinary mail.

                                         s/Holly A. Monda
                                         Case Manager
                                         (313) 234-5113